**Order entered August 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00189-CV

**JACKSON FULGHAM DBA COMMERCE STREET PARTNERS, Appellant**

**V.**

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, ET. AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-08353**

## ORDER

We **GRANT** appellant's August 4, 2014 second unopposed motion to extend time to file brief and **ORDER** the brief be filed no later than August 18, 2014. We caution appellant that no further extensions may be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
          JUSTICE